No. 02–1291. Tax & Accounting Software Corp. et al. v. United States. C. A. 10th Cir. Certiorari denied. 

No. 02–1367. Eustace et al. v. Commissioner of Internal Revenue. C. A. 7th Cir. Certiorari denied. 

No. 02–1375. Schall v. Colorado. Sup. Ct. Colo. Certiorari denied. 

No. 02–1406. Callowhill Center Associates, LLP v. Society Created to Reduce Urban Blight et al. Commw. Ct. Pa. Certiorari denied. 

No. 02–1417. Credit Lyonnais Rouse, Ltd. v. Ocean View Capital, Inc., et al.;

No. 02–1418. Sumitomo Corporation of America et al. v. Ocean View Capital, Inc., fka Triangle Wire & Cable, Inc.; and

No. 02–1434. Global Minerals & Metals Corp. et al. v. Viacom Inc. et al. C. A. 7th Cir. Certiorari denied. Reported below: 306 F. 3d 469.

No. 02–1426. Calhoun v. Lillenas Publishing et al. C. A. 11th Cir. Certiorari denied. 

No. 02–1428. Sladek v. Zeman. C. A. 10th Cir. Certiorari denied. 

No. 02–1435. Saluga v. Turek. C. A. 6th Cir. Certiorari denied. 

No. 02–1437. Raiser v. Daschle, United States Senator, et al. C. A. 10th Cir. Certiorari denied. 

No. 02–1440. Meade v. Decisions of the Orphans Court for Anne Arundel County et al. Cir. Ct. Anne Arundel County, Md. Certiorari denied.

No. 02–1446. Edwin L. Wiegand Division, Emerson Electric Co. v. Mt. Olivet Tabernacle Church. Sup. Ct. Pa. Certiorari denied.